# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| **Elton X. Tinsley,** | Bankruptcy No. 22-13571 |
| Debtor. | Hon. LaShonda A. Hunt |

## AMENDED CERTIFICATE OF SERVICE

    I, Ariane Holtschlag, an attorney, hereby certify that on March 3, 2023, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the *Notice of Motion* and the accompanying *Application to Employ FactorLaw* (Dkt. No. 28) to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List and by US Mail on all persons identified as Non-Registrants on the attached Service List.

Dated: March 6, 2023

    **Peter N. Metrou,** not individually but as the chapter 7 trustee of the bankruptcy estate of Elton X. Tinsley

    By: */s/ Ariane Holtschlag*
    One of His Proposed Attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:    (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| **Michael C Burr** | notice@billbusters.com; mburr.rja@gmail.com; mburr@billbusters.com; billbusters@iamthewolf.com; billbusters@ecf.inforuptcy.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Peter N Metrou** | trustee7@metandnem.com; pmetrou@ecf.axosfs.com |
| **Eugene E Murphy** | gmurphy@murphylitigation.com |
| **Faith Spencer** | fspencer@pslegal.net |
| **Xiaoming Wu** | notice@billbusters.com; billbusters@iamthewolf.com; billbusters@ecf.inforuptcy.com; wuxr80263@notify.bestcase.com; ledfordsr80263@notify.bestcase.com |

**Non-Registrants**
(Service via U.S. Mail)

| | |
|---|---|
| **Elton X. Tinsley**<br>12441 Anand Brook Drive<br>Orland Park, IL 60467 | |