Form G-3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISON

| In re: | ) Chapter | 22-13571 |
|---|---|---|
| Elton X. Tinsley | ) No. | 7 |
| Debtor(s) | ) Judge | LASHONDA A. HUNT |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on **Thursday, June 1, 2023** at **11:00 AM**, I will appear before the Honorable **LaShonda A. Hunt**, or any judge sitting in that judge's place, either in courtroom **719** of the **Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604**, or electronically as described below, and present the motion of _____[to/for] **Modify the Automatic Stay**, a copy of which is attached.

All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **1611655696**, and the passcode is **749091**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: *Elaine Jackson*
(708) 897-1700

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 22 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

## CERTIFICATE OF SERVICE

I, __Elainea Jackson__, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on __Tuesday, May 23 2023__, at __3:00 PM__.

_____
[Signature]

Form G5 (20210922_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

In Re:

Elton X. Tinsley

Debtor(s)

Case Number: 22-13571

Chapter: 7

Judge: LASHONDA A. HUNT

## Motion to Modify the Automatic Stay

I, Elainea Jackson requests to file a <u>Motion to Modify the Automatic Stay</u> because I am listed as a creditor in the bankruptcy estate of Elton X. Tinsley (the "**Debtor**") in case# 22-13571; however, my payments were made to Flawless Service Corporation, a corporate entity, that Elton X Tinsley did not file as a co-debtor in his bankruptcy petition. I will be attempting to file a case in the Circuit Court against Flawless Service Corporation.

Enter:

~~Honorable LaShonda A. Hunt~~ EH
~~United States Bankruptcy Judge~~ EH

Dated:
Prepared by: *Elainea Jackson*

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 22 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2