UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Elton X. Tinsley, )<br>        Debtor. )<br>)<br>)<br>) | Chapter 7<br>Case No. 22-13571<br>Judge Deborah L. Thorne |

## ORDER NOT MODIFYING AUTOMATIC STAY

The matter coming before the Court on Elainea Jackson's Motion for Relief from Stay;

IT IS HEREBY ORDERED that modification of the automatic stay is not necessary as to non-debtor entities. The automatic stay is not modified as to the Debtor.

Date: 6/22/23

_____

Honorable Deborah L. Thorne

United States Bankruptcy Judge