| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Elton X Tinsley<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8893<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Illinois | |
| Case number: | 22-13571 | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elton X Tinsley

December 1, 2023

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2023 | Form ID: 318 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elton X Tinsley, 12441 Anand Brook Drive, Orland Park, IL 60467-1075 |
| 30006502 | + | Apyx/Bovie, 2560 Foxfield Drive #250, Saint Charles, IL 60174-1441 |
| 30093021 | + | Associate Area Counsel SB/SE, 200 West Adams Street, Suite 2300, Chicago, IL 60606-5231 |
| 30006504 | + | Barbara Lewis, 260 Maple Street, Beecher, IL 60401-3472 |
| 30006507 | + | Chantel Harris, 9555 University Avenue, Chicago, IL 60628-1633 |
| 30006514 | + | Darlene Turner, 4168 191st Place, Country Club Hills, IL 60478-5857 |
| 30006516 | + | Elainea Jackson, 14653 Atlantic Avenue, Dolton, IL 60419-1413 |
| 30006517 | + | Erik Diggs, 55 E Monroe #3800, Chicago, IL 60603-6030 |
| 30006518 | + | Felisha Tinsley, 4732 Pinedale Dr., Forest Park, GA 30297-1927 |
| 30006520 | + | Francita Brown, 22420 York Ct., Richton Park, IL 60471-2131 |
| 30006521 | + | Fusion, PO Box 51341, Los Angeles, CA 90051-5641 |
| 30006522 | + | Hoeppner Wagner & Evans LLP, 8585 Broadway, Suite 790, Merrillville, IN 46410-5606 |
| 30006523 | + | Hurley McKenna & Mertz P.C., 20 S. Clark Street, Suite 2250, Chicago, IL 60603-1817 |
| 30006524 | + | Ivy Stampley, 16943 Glen Oak Drive, Country Club Hills, IL 60478-2149 |
| 30006525 | + | Jane Doe, c/o Sandman, Levy and Pdtrich LLC, 134 N. LaSalle St, 9th Floor, Chicago, IL 60602-1000 |
| 30006526 | + | Keyanna Miles, 2052 E 99th, Chicago, IL 60617-5259 |
| 30006527 | + | Kimberly P. Pail, 8585 Broadway #790, Merrillville, IN 46410-5606 |
| 30006528 | + | Lanasya Thomas, 16963 Trapet Avenue, Hazel Crest, IL 60429-1319 |
| 30006530 | | Linebarger Goggan Blair & Sampson, PO Box 06152, Chicago, IL 60606-0152 |
| 30006531 | + | Lynnette Martin, c/o MDR Law LLC, 180 N. LaSalle Street, Suite 3650, Chicago, IL 60601-2811 |
| 30006532 | + | MDR Law, LLC, 180 N. LaSalle St., Suite 3650, Chicago, IL 60601-2811 |
| 30006533 | + | Medical Assay Lab, Inc, 6006 Cass Ave, Westmont, IL 60559-2779 |
| 30006534 | + | Parts & Spencer, Ltd., 130 N. Garland Court, #2005, Chicago, IL 60602-4773 |
| 30093018 | + | Payroc c/o Charpele Jones, 7840 Graphics Drive Suite 200, Tinley Park, IL 60477-6283 |
| 30006537 | + | Ready Fresh Water, 10335 Argonne Woods #200, Woodridge, IL 60517-5106 |
| 30006538 | + | Robin M. Owens, 1433 W 113th Place, Chicago, IL 60643-4407 |
| 30006539 | + | S & F No. 2, 10751 W 143rd Street, Orland Park, IL 60462-1900 |
| 30006540 | + | Sandy Williams, 5611 Arbor Gate Dr., Plainfield, IL 60586-5732 |
| 30093016 | + | Shanita Hudson-Wright, 10524 Brooks Lane, Chicago Ridge, IL 60415-1749 |
| 30006543 | + | Stat Anesthesia Specialists, Ltd, 18221 Torrence Ave, Lansing, IL 60438-2870 |
| 30093015 | + | Stephanie White, Attorney, 161 N Clark Suite 2550, Chicago, IL 60601-3246 |
| 30006544 | + | Suzette Ray, 724 Pulaski Road, Calumet City, IL 60409-4017 |
| 30006545 | + | The Estate of Mildred Smith-Tinsley, c/o Darlene Turner, 4168 191st Place, Country Club Hills, IL 60478-5857 |
| 30006546 | + | Thondalayo Dowman, 9036 S Woodlawn, Chicago, IL 60619-7929 |
| 30006547 | + | Toia Tinsley, 731 W. Palm Dr, Glenwood, IL 60425-1120 |
| 30006549 | + | Victoria Williams, 2420 Golf Ridge Circle, Naperville, IL 60563-1698 |
| 30093014 | + | Victoria Williams, 2430 Golf Ridge Circle, Naperville, IL 60563-1698 |
| 30006550 | + | XeBee Records LLC, 4475 E. 74th Ave., Ste. 203, Commerce City, CO 80022-1495 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QPNMETROU.COM | Dec 02 2023 04:04:00 | Peter N Metrou, Metrou & Nemiroff PC, 123 W Washington St Suite 216, Oswego, IL 60543-8298 |
| 30006501 | + Email/PDF: bncnotices@becket-lee.com | Dec 02 2023 00:17:05 | American Express, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 30285891 | Email/PDF: bncnotices@becket-lee.com | Dec 02 2023 00:16:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 30006503 | + EDI: PHINHARRIS | Dec 02 2023 04:04:00 | Arnold Scott Harris, P.C., 111 W. Jackson Blvd, Ste 600, Chicago, IL 60604-3517 |
| 30006505 | + Email/Text: updates@brennanclark.com | Dec 01 2023 23:28:00 | Brennan & Clark Ltd., 721 E. Madison St., Villa Park, IL 60181-3083 |
| 30006508 | Email/Text: BNCNotice-Forward@cityofchicago.org | Dec 01 2023 23:26:00 | City of Chicago, Dept of Revenue, P.O. Box 88292, Chicago, IL 60680-1292 |
| 30006511 | Email/Text: BNCNotice-Forward@cityofchicago.org | Dec 01 2023 23:26:00 | City of Chicago Dept. of Finance, PO Box 6330, Chicago, IL 60680 |
| 30006506 | + EDI: SYNC | Dec 02 2023 04:04:00 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 30006509 | + Email/Text: BNCNotice-Forward@cityofchicago.org | Dec 01 2023 23:26:00 | City of Chicago Corporate Counselor, 121 N. LaSalle Street, Suite 600, Chicago, IL 60602-1244 |
| 30006510 | + Email/Text: BNCNotice-Forward@cityofchicago.org | Dec 01 2023 23:26:00 | City of Chicago Dept. Finance, Dept. of Law Bankruptcy, 121 N. LaSalle St., Suite 400, Chicago, IL 60602-1264 |
| 30006512 | + EDI: COMCASTCBLCENT | Dec 02 2023 04:04:00 | Comcast, 1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 30006513 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2023 00:17:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 30093019 | EDI: IRS.COM | Dec 02 2023 04:04:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 30006515 | + Email/Text: electronicbkydocs@nelnet.net | Dec 01 2023 23:28:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 30006541 | Email/Text: bankruptcygc@ilsos.gov | Dec 01 2023 23:26:00 | Secretary of State, Safety & Financial, 2701 S. Dirksen Parkway, Springfield, IL 62723 |
| 30006529 | + Email/Text: sdemars@rjh-law.com | Dec 01 2023 23:28:00 | Law Offices of Ronald J. Hennings, P.O. Box 4106, Saint Charles, IL 60174-9080 |
| 30006535 | + Email/Text: FACS_Support@paychex.com | Dec 01 2023 23:27:00 | Paychex, 230 W Monroe #1020, Chicago, IL 60606-4811 |
| 30006536 | + Email/Text: bkrgeneric@penfed.org | Dec 01 2023 23:26:00 | Pentagon FCU, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313-1432 |
| 30259563 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2023 23:48:17 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 30006542 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 01 2023 23:27:00 | Specialized Loan Serving, Po Box 630147, Littleton, CO 80163-0147 |
| 30250195 | + Email/Text: electronicbkydocs@nelnet.net | Dec 01 2023 23:28:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 30093017 | | Ronald Hennings |
| aty | *+ | Peter N Metrou, Metrou & Nemiroff PC, 123 W Washington St Suite 216, Oswego, IL 60543-8298 |
| 30093020 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, c/o R Vega 230 S Dearborn, Room 2600 M/S 5014CHI, Chicago, IL 60604 |
| 30006519 | ##+ | Felisha Tinsley, 820 Elder Rd, Apt. 106, Homewood, IL 60430-2548 |
| 30006548 | ##+ | Toia Tinsley, 820 Elder Rd., Apt. 106, Homewood, IL 60430-2548 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2023                    Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Ariane Holtschlag | on behalf of Trustee Peter N Metrou aholtschlag@wfactorlaw.com<br>bsass@wfactorlaw.com;aholtschlag@ecf.courtdrive.com;holtschlagar43923@notify.bestcase.com |
| Eugene E Murphy | on behalf of Creditor Jane Doe gmurphy@murphylitigation.com |
| Faith Spencer | on behalf of Creditor Thondalayo Dowman fspencer@pslegal.net |
| Lauren Levin | on behalf of Creditor Lynette Martin lauren@mdr-law.com |
| Michael C Burr | on behalf of Debtor 1 Elton X Tinsley notice@billbusters.com<br>mburr.rja@gmail.com;mburr@billbusters.com;billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Peter N Metrou | trustee7@metandnem.com  pmetrou@ecf.axosfs.com |
| Xiaoming Wu | on behalf of Debtor 1 Elton X Tinsley notice@billbusters.com<br>billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com;wuxr80263@notify.bestcase.com;ledfordsr80263@notify.bestcase.com |

TOTAL: 8